IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| DORA BROUSSARD, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. : 3:06CV49 |
| FAMILY DOLLAR STORES, INC., et al., | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

The Court, having considered Counsel for Defendants' Motion to Allow Admission of Counsel Pro Hac Vice for John A. Ybarra *Pro Hac Vice*,

**IT IS ORDERED** that Defendants' Motion to Allow Admission of Counsel Pro Hac Vice for John A. Ybarra *Pro Hac Vice* is **GRANTED**; and

**IT IS ORDERED** that John A. Ybarra is admitted *pro hac vice* as counsel for Defendant Family Dollar Stores, Inc. and Family Dollar Stores of Louisiana, Inc. in the above-captioned cause.

Signed: February 10, 2006

David C. Keesler
United States Magistrate Judge