IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV49

| | |
|---|---|
| Dora Broussard,                                ) | |
|       Plaintiffs,             ) | |
|                               ) | |
| vs.                                            ) | **ORDER** |
|                               ) | |
| Family Dollar Stores, Inc.,                    ) | |
| Family Dollar Stores of Louisiana, Inc.,       ) | |
|       Defendants.             ) | |

      This matter is before the Court upon its own motion. The parties are directed to appear in Judge's chamber in Room 230 for a Status Conference in the above captioned case on **Tuesday, June 27, 2006 at 2:00 p.m.** The Court notes that both plaintiff and defendant are represented by counsel from outside of Charlotte, North Carolina, and accordingly, those counsel may appear via telephone conference. Counsel are directed to contact chambers at 704-350-7450 to coordinate conference call if necessary.

      IT IS SO ORDERED.

Signed: June 5, 2006

Graham C. Mullen
United States District Judge